PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-17334

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (LAS VEGAS)

In re                                                                 Bk. No. 10-21294-lbr

JOSE ENRIQUEZ                                              Chapter 13

    Debtor.                                                      <u>REQUEST FOR SPECIAL NOTICE</u>
_____/

       IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant BAC Home Loans Servicing, LP, its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, addressed as follows:

          PROBER & RAPHAEL, A LAW CORPORATION
              20750 Ventura Boulevard, Suite 100
               Woodland Hills, California 91364

Dated: September 1, 2010          By <u>/s/ Dean R. Prober</u>
                                        DEAN R. PROBER, ESQ., CA BAR # 106207
                                        As Agent for BAC Home Loans Servicing, LP

1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tina Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On, September 3, 2010 I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Jose Enriquez
3608 Amish Ave.
North Las Vegas, NV 89031
Debtor

Randolph Goldberg, Esquire
4000 S. Eastern Ave., #200
Las Vegas, NV 89119
Attorney for Debtor

Rick A. Yarnall
701 Bridger Avenue, #820
Las Vegas, NV 89101
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2010, at Woodland Hills, California.

/s/ Tina Gaboyan